# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**District Court File No. 21-2417(JAR/TJJ)**

| | |
|---|---|
| Maikijah A. HaKeem, | Appellate No 22- |
| Plaintiff/Appellant, | **APPELLANT'S NOTICE OF APPEAL** |
| Vs. | |
| Kansas Department of Human Services, *et al.* | |
| Defendants/Appellees. | |

FILED
U.S. District Court
District of Kansas

AUG 0 1 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

## NOTICE

Appellant hereby gives Notice that he (Maikijah A. HaKeem), in the above-named case hereby appeals to the United States Court of Appeals for the 10th Circuit from a final judgment entered in this action on the 7th day of July 2022, by the Honorable Judge Julie A. Robinson, United States District Court for the District of Kansas.

I, Maikijah A. HaKeem, declare under the penalty of perjury that the foregoing facts are true and correct to the best of my acknowledgment under 28 U.S.C. Section 1746.

**Executed on July 27th, 2022**
**RESPECTFULLY SUBMITTED**

*[signature]*

PROPER/PER/SONA
Maikijah A. HaKeem
1111 Highway 73
Moose Lake, Minnesota 55767-9452

State Of Minnesota
County of Carlton
Signed or attested before me on 7/27/22 (date)
by Maikijah Hakeem (individual).

*[signature]*
Signature of Notary Public
(stamp)

JENNIFER LYNN ARHART
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2023

# UNITED STATES COURT OF APPEALS- TENTH CIRCUIT
## APPELLANT'S FORM A
*HaKeem v. Kansas Department of Human Services, et al.,*

**LIST OF ISSUES ON APPEAL:**

1. Whether the District Court erred in by dismissing Appellant's claims for failure to state a claim?

2. Whether the District Court abused its discretion in holding that Appellant failed to state a claim for relief pursuant to 28 U.S.C.§1915(e)(2)?

3. Whether the District Court abused its findings and conclusions of law holding that Defendants were immune from suit?

4. Whether the District Court abused its discretion in misapplying the issues surrounding the CARES Act and the fact that Appellant's stimulus checks could not be intercepted?

5. Whether Defendants/Appellees are immune from suit regarding the interception of Appellant's economic stimulus payments?

Mailed From A Secure Treatment Facility



RECEIVED
AUG 01 2022
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Maikijah Ha'Keem
1111 Highway 73
Moose Lake, Minnesota 55767-9452

**LEGAL MAIL**

Skyler B. O'Hara
Clerk of United States District Court
259 Robert J. Dole Courthouse
500 State Ave.
Suite # 259
Kansas City, Kansas 66101